IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | CR. 96-71 MMS |
| Loris Almodovar | | |
| Defendant. | : | |

**SATISFACTION OF JUDGMENT**

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

          COLM F. CONNOLLY
          United States Attorney

BY:   /s/Patricia C. Hannigan

      Patricia C. Hannigan
      Assistant United States Attorney
      I.D. No. 2145
      1007 N. Orange Street, Suite 700
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      302-573-6277-156
      Patricia.Hannigan@usdoj.gov

March 8, 2005